UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FREDERICK D. MARTIN | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:21-00858 |
| | ) | |
| LT. E. HILL | ) | |

## ORDER

Magistrate Judge Holmes has entered a Report and Recommendation (Doc. No. 41) in which she recommends that Defendant's unopposed Motion for Summary Judgment (Doc. 34) be granted and that this case be dismissed. Having conducted the *de novo* review required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees that summary judgment and dismissal are appropriate.

Accordingly, the Report and Recommendation (Doc. No. 41) is hereby **ACCEPTED** and **APPROVED**; Defendant's Motion for Summary Judgment (Doc. No. 35) is **GRANTED**; and this case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE